**Michael VASQUEZ–HERNANDEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–73196.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2014.*

Filed May 23, 2014.

Todd Becraft, Law Office of Todd Becraft, Los Angeles, CA, for Petitioner.

Todd Becraft, Law Office of Todd Becraft, Los Angeles, CA, Nicole N. Murley, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM **

Michael Vasquez–Hernandez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings.

Santos–Lemus v. Mukasey, 542 F.3d 738, 742 (9th Cir.2008). We deny the petition for review.

Vasquez–Hernandez contends gang members subjected him to threats, extortion, and an assault on account of his political opinion and his membership in a social group. Substantial evidence supports the BIA's determination that Vasquez–Hernandez failed to establish past persecution or a fear of future persecution on account of a protected ground. See id. at 742–44, 746–47; Zetino v. Holder, 622 F.3d 1007, 1016 (9th Cir.2010) ("An alien's desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground."). Thus, Vasquez–Hernandez's asylum claim fails.

Because Vasquez–Hernandez failed to meet the lower burden of proof for asylum, it follows that he has not met the higher standard for withholding of removal. See Zehatye v. Gonzales, 453 F.3d 1182, 1190 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.